IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Case No. CR S 10-0444 GEB

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KERRY SEAMAN, | ) |
| Defendants | ) |
| | ) |

**PROPOSED ORDER**

That pursuant to the terms of defendant, Kerry Seaman's Pretrial Release Order, defendant is solely allowed to travel between New York, New Jersey, Connecticut and the Eastern District of California. A request to allow defendant, Kerry Seaman, to travel to Flat Rock, North Carolina between January 12, 2012 and January 17, 2012 to attend her grandmother's 90th birthday party having been presented to the Court and good cause having been shown and on consent of Mrs. Seaman's pre-trial officer and the U.S. Attorney, it is hereby Ordered that defendant, KERRY SEAMAN'S, request is hereby GRANTED.

**Date: 1/10/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge