IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Case No. CR S 10-0444 GEB

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KERRY SEAMAN, | ) |
| Defendants | ) |
| _____ | ) |

**ORDER**

A request to extend the time for Sentencing having been presented to the Court and GOOD CAUSE HAVING BEEN SHOWN, and on consent of the U.S. Attorney, IT IS HEREBY ORDERED THAT defendant, KERRY ANN SEAMAN, shall appear before the Hon. Garland E. Burrell, Jr., Judge of the US District Court for the Eastern District of California at 9:00AM on May 4, 2012 and that the Schedule for Disclosure of Pre-sentence Report and for Filing of Objections to the Pre-Sentence Report be amended as proposed by the stipulation by the parties of January 26, 2012. It is hereby ordered that defendant, KERRY SEAMAN'S, request is hereby GRANTED.

Date: **1/30/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge