# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

Case No. CR S 10-0444 GEB

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| KERRY SEAMAN, | ) |
| Defendants | ) |

## ORDER

That pursuant to the terms of defendant, Kerry Seaman's Pretrial Release Order, defendant is solely allowed to travel between New York, New Jersey, Connecticut and the Eastern District of California. A request to allow defendant, Kerry Seaman, to travel to the Killington, Vermont area between October 5, 2012 and October 8, 2012 having been presented to the Court and on consent of Mrs. Seaman's pre-trial officer and the U.S. Attorney, it is hereby Ordered that defendant, KERRY SEAMAN'S, request is hereby GRANTED.

**Date:  9/26/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge