IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-cr-00444-GEB |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| KERRY SEAMAN, | ) | |
| Defendant. | ) | |

On April 8, 2013, the Clerk's Office received a copy of a DVD provided by Defendant Kerry Seaman ("Defendant") "by Federal Express Overnight Mail" which "contains interviews of family and friends as an additional Exhibit to [her] Sentencing Memorandum . . . ." (Def.'s Not. of Lodging, ECF No. 79.) Defendant relies upon the DVD in support of her argument in her Sentencing Memorandum that "extraordinary family circumstances" warrant a variance. (See Def.'s Sentencing Memo. 24:8-18, ECF No. 78.)

Since it is unclear whether the Defendant provided a copy of the referenced DVD to the United States, Defendant shall file a writing no later than 12:00 p.m. on April 10, 2013, stating whether, when, and in what manner she served the United States with a copy of the DVD.

Dated: April 8, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge

1