IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:-10-cr-00444-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KERRY SEAMAN, | ) | |
| | ) | |
| Defendant. | ) | |

Since the parties dispute the amount of loss, and because decision on this dispute appears to hinge on when the offense was detected, factual information on this dispute shall be filed before noon on April 11, 2013. Concerning this issue, the Government states in its sentencing memorandum: "In 2008-2009, Ingentra paid back approximately $5,236,331.61 in diverted funds, reducing the cognizable loss to $21,173,834.59.3," and that "in defendant Seaman's June 4, 2010 proffer, she advised agents that Ingentra owed victims that amount as of that date." Yet defendant Seaman argues in her sentencing memorandum: "Prior to the detection of the offense and prior to Ms. Seaman bringing information to the FBI, a total of $8,536,331.61 had been repaid to the victims for a balance owed of $19,141,618.24. Part of this repayment

1

included over $3,000,000 Kerry was able to shield in an account prior to her bringing the fraudulent conduct forward to authorities."

Dated: April 10, 2013

                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge