IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Case No. CR S 10-0444 GEB

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

KERRY SEAMAN,

        Defendants

**ORDER**

A request to continue the Self-Surrender date having been presented to the Court, and on consent of the U.S. Attorney, IT IS HEREBY ORDERED THAT defendant, KERRY ANN SEAMAN, shall self-surrender no later than on September 13, 2013 at 1:00 p.m. at Danbury Federal Correctional Institution. All previously set conditions of release shall remain the same.

Date: 7/15/2013

GARLAND E. BURRELL, JR.
Senior United States District Judge