IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Case No. CR S 10-0444 GEB

UNITED STATES OF AMERICA, )
                          )
         Plaintiff,       )
                          )
                          )
    v.                    )
                          )
KERRY SEAMAN,             )
                          )
         Defendants       )
_____)

## ORDER

A request to continue the Self-Surrender date having been presented to the Court and, on consent of the U.S. Attorney, IT IS HEREBY ORDERED THAT defendant, Kerry Ann Seaman, shall self-surrender no later than on October 31, 2013 at 1:00 p.m. at Danbury Federal Correctional Institution. All previously set conditions of release shall remain the same.

Dated: September 11, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge