IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Case No. CR S 10-0444 GEB

UNITED STATES OF AMERICA,  )
                           )
        Plaintiff,         )
                           )
                           )
 v.                        )
                           )
KERRY SEAMAN,              )
                           )
        Defendants         )
_____)

## PROPOSED ORDER

A request to continue the Self-Surrender date having been presented to the Court and, on consent of the U.S. Attorney, IT IS HEREBY ORDERED THAT defendant, Kerry Ann Seaman, shall self-surrender no later than on December 1, 2013 at 1:00 p.m. at Danbury Federal Correctional Institution. All previously set conditions of release shall remain the same.

Dated: October 29, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge